IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMONA ACOSTA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-5131 |
| | : | |
| v. | : | |
| | : | |
| JACK MCMAHON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 9th day of November, 2016, the court having issued an order on October 25, 2016, requiring the *pro se* plaintiff, Ramona Acosta, to show cause why the court should not dismiss this action for lack of subject-matter jurisdiction (Doc. No. 2); and the court having considered the plaintiff's written response, which unfortunately does not address the issue of subject-matter jurisdiction; and for the reasons set forth in the separately-filed memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. This matter is **DISMISSED WITHOUT PREJUDICE**; and

2. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.